UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SISTER E. JONES-BEY,<br><br>                          Plaintiff,<br><br>          -against-<br><br>SKARBO STANISLOV; CARLOS DE LA ROSA; SAMER NASSER,<br><br>                          Defendants. | 23-CV-5599 (LGS)<br><br>ORDER OF SERVICE |

LORNA G. SCHOFIELD, United States District Judge:

      Plaintiff, who is appearing *pro se*, brings this action under the court's federal question jurisdiction. By order dated July 24, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

      Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

      To allow Plaintiff to effect service on Defendants Skarbo Stanislov, Carlos De La Rosa, and Samer Nasser through the U.S. Marshals Service, the Clerk of Court is instructed to fill out U.S. Marshals Service Process Receipt and Return forms ("USM-285 forms") for these Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to: (1) issue summonses for Skarbo Stanislov, Carlos De La Rosa, and Samer Nasser, complete the USM-285 forms with the addresses for these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service; and (2) mail an information package to Plaintiff.

SO ORDERED.

Dated:  August 1, 2023
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**DEFENDANTS AND SERVICE ADDRESSES**

1. Skarbo Stanislov
   New York City Mayor's Office of Media and Entertainment
   1 Centre Street, 3rd Fl.
   New York, N.Y. 10007

2. Carlos De La Rosa
   New York City Mayor's Office of Media and Entertainment
   1 Centre Street, 3rd Fl.
   New York, N.Y. 10007

3. Samer Nasser
   New York City Mayor's Office of Media and Entertainment
   1 Centre Street, 3rd Fl.
   New York, N.Y. 10007