UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SISTER E JONES-BEY

                              Plaintiff,                    **23-CV-05599 (DEH) (VF)**

               -against-                                    **ORDER**

SKARBO STANISLOV, CARLOS DE LA ROSA, AND
SAMER NASSER,

                              Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        As discussed at the conference held on January 10, 2024, Plaintiff's response to

Defendants' motion to dismiss is due by **February 9, 2024**. Defendants' reply is due by **February**

**23, 2024**.

        Furthermore, Defendants' motion to stay discovery pending a determination on the

motion to dismiss is **GRANTED**.  The Clerk of Court is respectfully directed to terminate the

motion at ECF No. 32.

        **SO ORDERED.**

DATED:        New York, New York
              January 10, 2024

                                            _____
                                            VALERIE FIGUEREDO
                                            United States Magistrate Judge